**Michael A. WEBB, Plaintiff–Appellant,**

v.

**Ms. D. McKNIGHT; Mr. Armatrod, Defendants–Appellees.**

No. 07–6146.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2007.

Decided: May 3, 2007.

Michael A. Webb, Appellant Pro Se.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**118**

PER CURIAM:

Michael Allen Webb appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Webb v. McKnight,* No. 7:06–cv–00734–gec–mf, 2006 WL 3761382 (W.D.Va. Dec. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*